**STATE of Missouri, Respondent,**

v.

**Joseph B. SPROFERA, Appellant.**

**No. WD 76629.**

Missouri Court of Appeals, Western District.

Sept. 30, 2014.

Daniel N. McPherson, Jefferson City, MO, for respondent.

Kent Denzel, Columbia, MO, for appellant.

Before Division Three: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

## ORDER

PER CURIAM:

Joseph B. Sprofera appeals from his conviction of two counts of statutory sodomy in the first degree under Section 566.062, and one count of statutory sodomy in the second degree under Section 566.064. Affirmed. Rule 30.25(b). A

memorandum explaining our decision has been provided to the parties.